OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: opancheri@santoronevada.com

SIMON J. FRANKEL, ESQ.
(*Pro Hac Vice forthcoming*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-7052
Email: sfrankel@cov.com

*Attorneys for Defendants Tripadvisor, LLC and Viator, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAN FRANCISCO COMPREHENSIVE TOURS, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>TRIPADVISOR, LLC, a Delaware limited liability company; VIATOR, INC., a Delaware corporation,<br><br>                    Defendants. | Case No.  2:20-cv-02117-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO THE COMPLAINT AND TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANTS' POTENTIAL MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SAN FRANCISCO COMPREHENSIVE TOURS, LLC ("*Plaintiff*") and Defendants TRIPADVISOR, LLC and VIATOR, INC. (together, "*Defendants*"), by and through their respective counsel and pending the Court's approval, that Defendants shall have an additional thirty (30) days to respond to the Complaint [ECF No. 1].  Defendants' deadline to the respond to the Complaint is extended to **January 27, 2021**.

IT IS FURTHER STIPULATED AND AGREED between Plaintiff and Defendants that, should Defendants file a motion to dismiss the Complaint, the briefing schedule for the motion to dismiss shall be extended and modified as follows:  Plaintiff shall have an additional thirty (30) days to oppose any motion to dismiss, which will be **March 12, 2021**.  Defendant will have an additional seven (7) days to file a reply, which would be due on **March 26, 2021**.

Good cause exists for the extensions set forth herein.  Defendants' counsel was only recently retained in this matter and the response to the Complaint currently falls during the Holiday Season.  Further, the parties and their counsel are dealing with difficulties arising from working remotely due to COVID-19 restrictions and precautions.  Finally, the proposed briefing schedule also addresses the conflicts with the schedules of counsel and the potential complexities of this matter.  This is the <u>first extension requested</u> and the parties do not anticipate requesting another extension for Defendants to respond to the Complaint or for the briefing schedule in connection with any motion to dismiss to be further modified.

Dated this 23rd day of December, 2020.

*/s/ Oliver J. Pancheri*
Oliver J. Pancheri  (NV Bar No.7476)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: opancheri@santoronevada.com

Simon J. Frankel  (*Pro Hac Vice forthcoming*)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415)591-7052
Email: sfrankel@cov.com

*Attorneys for Defendants*

Dated this 22nd day of December, 2020.

*/s/ Thomas A. Larmore*
Steven A. Gibson  (NV Bar No.6656)
Jodi Donetta Lowry  (NV Bar No.7798)
Thomas A. Larmore  (NV Bar No. 7415)
**GIBSON LEXBURY LLP**
3470 E. Russell Rd., Second Floor
Las Vegas, Nevada 89120
Tel.: (702) 541-7888 / Fax: (702) 541-7899
Email: sgibson@gibsonlexbury.com
         jlowry@gibsonlexbury.com
         tlarmore@gibsonlexbury.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2020